BEFORE THE SECOND DIVISION, MAY 24, 1962

**No. 66782.**—F. W. Myers & Co., Inc. *v.* United States, protest 60/7513 (Detroit).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of nickel-cobalt briquettes similar in all material respects to those the subject of *F. W. Myers & Co., Inc.* v. *United States* (46 Cust. Ct. 90, C.D. 2239), the claim of the plaintiff was sustained.

**No. 66783.**—Winter-Wolff & Co., Inc. *v.* United States, protests 329929–K and 329930–K (Los Angeles).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of steel hinges and screws similar in all material respects to those the subject of *Trans Atlantic Company* v. *United States* (35 Cust. Ct. 1, C.D. 1712) and that the value of the screws is $1.42 per thousand pieces, the claim of the plaintiff was sustained.